IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DELANEY LIPPA,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| **v.** | )    Case No.:  1:23-cv-02847-RDB |
| | ) |
| **MAIMOUNTOU CONTE,** | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

**DEFENDANT'S DISCLOSURE OF CORPORATE INTEREST**

*Check all that apply:*

[   ]    I certify, as party/counsel in this case that _____ is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[   ]    The following corporate affiliations exist:  _____.

[ **X** ]    The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation: New Jersey Manufacturers' Insurance Company.


**[SIGNATURE PAGE TO FOLLOW]**

1

        Respectfully submitted,

        */s/ Thomas V. McCarron*
        Thomas V. McCarron (Fed. Bar # 08145)
        Zachary D. Schlein (Fed. Bar #14085)
        **Semmes, Bowen & Semmes**
        250 W. Pratt Street, Ste 1900
        Baltimore, MD 21201
        Tel: 410.576.4854
        Fax: 410.539.5223
        tmccarron@semmes.com
        zschlein@semmes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2023, a copy of the foregoing *Disclosure of Corporate Interest* was served electronically and/or by first class mail, postage prepaid, on:

        Divya Potdar, Esquire
        Diva Law, LLC
        10 E. Eager St.
        Baltimore, MD, 21202
        *Attorney for Plaintiff*

        */s/ Thomas V. McCarron*
        Thomas V. McCarron (Fed. Bar # 08145)