IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DELANEY LIPPA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 1:23-cv-02847-RDB |
| **MAIMOUNATOU CONTE,** | ) |
| **Defendant.** | ) |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties by their respective counsel hereby stipulate to the dismissal of all claims between them in the above-captioned lawsuit WITHOUT PREJUDICE.

| | |
|---|---|
| */Divya Potdar* | */s/ Thomas V. McCarron* |
| Divya Potdar (18916) | Thomas V. McCarron (08145) |
| Diva Law, LLC | Zachary D. Schlein (14085) |
| 10 East Eager Street | Semmes, Bowen & Semmes |
| Baltimore, MD 21202 | 250 W. Pratt Street, Suite 1900 |
| PH: 443.963.3482 | Baltimore, MD 21201 |
| FX: 443.759.7461 | PH: 410.539.5040 |
| dpotdar@divalaw.net | FX: 410.539.5223 |
| *Attorney for Plaintiff* | tmccarron@semmes.com |
| | zschlein@semmes.com |
| | *Attorney for Defendant* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2023, a copy of the foregoing *Stipulation of Dismissal without Prejudice* was served electronically and/or by first class mail, postage pre-paid, on:

Divya Potdar, Esquire
Diva Law, LLC
10 E. Eager St.
Baltimore, MD, 21202
*Attorney for Plaintiff*

                                            */s/ Thomas V. McCarron*
                                            Thomas V. McCarron (08145)